*Compiler*

FILED
SUPERIOR COURT
OF GUAM

2013 APR 23 PM 2: 52

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| KEITH DANIEL VIALL,<br><br>      Plaintiff,<br><br>v.<br><br>CYNTHIA SUE VIALL,<br><br>      Defendant. | DOMESTIC CASE NO. DM 0806-07<br><br>**DECISION AND ORDER** |

### INTRODUCTION

This matter came before the Honorable Arthur R. Barcinas on the 23rd day of April, 2013, on Defendant's Motion for Wage Assignment Order and on Plaintiff's Motion to Stay a Final Decree of Divorce. Attorney Thomas J. Fisher represented the Plaintiff, and Attorney Joaquin C. Arriola, Jr., represented the Defendant. The Court now issues the following Decision and Order on the matters presented.

### PLAINTIFF'S MOTION FOR WAGE ASSIGNMENT ORDER

19 GCA § 8402 provides for enforcement of final judgments of spousal support by orders issued at the discretion of the court. No final judgment has yet been entered in this case. Neither 19 GCA § 8402 nor any of the other statutes cited by the Defendant can justify the entry of an enforcement order prior to the entry of a final judgment. Accordingly, Defendant's Motion

for Wage Assignment Order is DENIED, with leave to refile after the entry of final judgment if enforcement is necessary.

**DEFENDANT'S MOTION FOR STAY OF FINAL DECREE OF DIVORCE**

19 GCA § 8322 provides that "[i]f an appeal is filed by either party, the final decree may not be entered until the appeal has been disposed of by the appellate courts, and in any event may not be entered if the judgment granting the interlocutory divorce is reversed on appeal." The statute indicates that, prior to the entry of a final decree of divorce, litigants should be given an opportunity to appeal the interlocutory decree. Accordingly, Defendant's Motion for Stay of Final Decree of Divorce is GRANTED. The parties are advised that the Court will not issue a Final Decree of Divorce in this case until after the resolution of any appeal of the Interlocutory Decree of Divorce, which the Court expects to issue contemporaneously with this Decision and Order. If neither party files notice of appeal within the 30-day period for doing so provided by Rule 4(a)(1) of the Guam Rules of Appellate Procedure, the Court will issue a Final Decree of Divorce promptly after the end of that period.

**CONCLUSION**

Plaintiff's Motion for Wage Assignment Order is DENIED, with leave to refile after the entry of final judgment if enforcement is necessary.

Defendant's Motion to Stay a Final Decree of Divorce is GRANTED.

**IT IS SO ORDERED** this 23rd day of April, 2013.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

APR 2 3 2013

Cynthia T. Tiong
Deputy Clerk, Superior Court of Guam

Original Signed By:
ARTHUR R. BARCINAS
_____
HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam